IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JULIUS SILVERMAN                                                                  PETITIONER

v.                          NO. 4:22-cv-00497 JM-PSH

DEXTER PAYNE                                                                      RESPONDENT

FINDINGS AND RECOMMENDATION

INSTRUCTIONS

The following proposed Recommendation has been sent to United States District Judge James M. Moody, Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection, and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Petitioner Julius Silverman ("Silverman") began this case by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. 2254. He accompanied his petition with a motion for leave to proceed in forma pauperis. The motion was denied on June 1, 2022, and he was given up to, and including, July 1, 2022, to pay the five dollar filing fee. See Docket Entry 3. He was warned that in the event he failed to pay the filing fee by July 1, 2022, the undersigned would recommend that this case be dismissed without prejudice.[1]

July 1, 2022, has now come and gone, and the Clerk of the Court has no record of Silverman having paid the filing fee. Given Silverman's failure to do so, it is recommended that this case be dismissed without prejudice. Judgment should be entered for respondent Dexter Payne.

DATED this 7th day of July, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Silverman was also notified of his obligation to comply with, inter alia, Local Rule 5.5(c)(2), which provides, in part, that if "any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice."