IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JULIUS SILVERMAN**                                        **PETITIONER**

**v.**                    **NO. 4:22-cv-00497 JM**

**DEXTER PAYNE**                                           **RESPONDENT**

## ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by Julius Silverman is dismissed without prejudice. Judgment will be entered for respondent Dexter Payne.

IT IS SO ORDERED this 26th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE