IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JULIUS SILVERMAN                                                         PETITIONER

v.                               NO. 4:22-cv-00497 JM

DEXTER PAYNE, et al.                                                     RESPONDENTS

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondents.

IT IS SO ORDERED this 26th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE